UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL BROWN,<br><br>       Plaintiff,<br><br>   vs.<br><br>C/O R. HARRIS, et al.,<br><br>       Defendants. | 1:12-cv-01472-GSA-PC<br><br>ORDER DENYING MOTION FOR COURT ORDER DIRECTING LAW LIBRARIAN TO PROVIDE PLAINTIFF ACCESS TO THE LAW LIBRARY<br>(Doc. 20.) |

      Cornell Brown ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to Magistrate Judge jurisdiction in this action.  (Doc. 5.)  This case now proceeds on Plaintiff's initial Complaint filed on September 10, 2012, against defendant Harris for excessive force in violation of the Eighth Amendment, and defendant Nelson for failure to protect Plaintiff in violation of the Eighth Amendment.  (Doc. 1.)

      On November 1, 2013, Plaintiff filed a motion for a court order directing the law librarian at the prison to allow him access to the law library, to enable him to litigate this action.  (Doc. 20.)

      The court recognizes that prison administrators "should be accorded wide-ranging deference in the adoption and execution of policies and practices that in their judgment are needed to preserve internal order and discipline and to maintain institutional security."  Whitley

v. Albers, 475 U.S. 312, 321-322 (1986) (*quoting* Bell v. Wolfish, 441 U.S. 520, 547 (1970). Accordingly, the court shall defer to the prison's policies and practices in granting access to the law library. Moreover, Plaintiff does not presently require access to the law library to comply with court orders in this action. Plaintiff presently has no pending court deadlines.

    Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion for a court order directing the law librarian to allow him access to the law library is DENIED.

IT IS SO ORDERED.

Dated: **November 4, 2013**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE