UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL BROWN,<br><br>            Plaintiff,<br><br>    vs.<br><br>R. HARRIS, et al.,<br><br>            Defendants. | 1:12-cv-01472-LJO-GSA-PC<br><br>**ORDER VACATING ORDER** REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br>(Doc. 72.) |

On June 2, 2015, the court issued an order requiring Plaintiff to file an opposition or statement of non-opposition to Defendants' motion for summary judgment within thirty days. (Doc. 72.) A review of the record shows that Plaintiff filed a response to Defendants' motion for summary judgment on February 9, 2015. (Doc. 64.) Therefore, the court's order shall be vacated, and Plaintiff is not required to file another response to the motion for summary judgment.

Accordingly, IT IS HEREBY ORDERED that:

1. The court's order issued on June 2, 2015, which requires Plaintiff to file an opposition or statement of non-opposition to Defendants' motion for summary judgment within thirty days, is VACATED; and

2. Plaintiff is not required to file another response to Defendants' motion for summary judgment.

IT IS SO ORDERED.

   Dated:   **June 3, 2015**          /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE