# THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CORNELL BROWN, | ) | 1:12-cv-01472 LJO GSA PC |
| | ) | |
| Plaintiff, | ) | ORDER VACATING TRIAL |
| | ) | AND  PRETRIAL DATES |
| v. | ) | |
| | ) | |
| R. HARRIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

   Plaintiff  is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.   On August 11, 2015, an order was entered by the District Court, denying Defendants's motion for partial summary judgment.  On August 12, 2015, a scheduling order was entered, setting trial and pretrial dates.  In light of the April 9, 2015, order extending the time for filing a dispositive motion to October 30, 2015, the trial and pretrial dates should be vacated.

   Accordingly, IT IS HEREBY ORDERED that the trial and pretrial dates set in the August 12, 2015, scheduling order are vacated.  The Court will set a further schedule for litigation upon resolution of any dispositive motions, or upon expiration of the time for filing dispositive motions.

IT IS SO ORDERED.

   Dated:   **August 13, 2015**            **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE

1