# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL BROWN,<br><br>    Plaintiff,<br><br>  v.<br><br>R. HARRIS, et al.,<br><br>    Defendant**. | Case No.  1:12-cv-01472-LJO-BAM-PC<br><br>ORDER ASSIGNING CASE TO MAGISTATE JUDGE BARBARA A. McAULIFFE<br><br>New Case Number: 1:12-cv-01472-BAM-PC |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983.  It appearing that all parties to this action have voluntarily consented to have U.S. Magistrate Judge Barbara A. McAuliffe conduct any and all further proceedings in the case,[1] including the trial and entry of final judgment, IT IS HEREBY ORDERED that:

1. This action is assigned to U.S. Magistrate Judge Barbara A. McAuliffe for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment;

2. The Clerk of the Court is directed to assign this case in its entirety to Magistrate Judge Barbara A. McAuliffe; and

3. The new case number shall be **1:12-cv-01472-BAM-PC**, and all future pleadings

---

[1] On August 26, 2015, Plaintiff filed a consent to proceed before a magistrate judge (ECF No. 81).  On September 10, 2015, Defendants Harris and Nelson filed consent to proceed before a magistrate judge (ECF No. 82).

1

and/or correspondence must be so numbered.  The parties are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

IT IS SO ORDERED.

    Dated:   **September 18, 2015**　　　　　　　**/s/ Lawrence J. O'Neill**
                                                                      UNITED STATES DISTRICT JUDGE