# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL BROWN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. HARRIS, et al.,<br><br>　　　　Defendants. | Case No.  1:12-cv-01472-LJO-BAM-PC<br><br>ORDER DENYING PLAINTIFFS MOTION FOR SETTLEMENT CONFERENCE<br><br>(ECF NO. 82) |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

　　　On August 26, 2015, Plaintiff filed a motion requesting the setting of a settlement conference.  The dispositive motion filing deadline in this case is October 30, 2015.  Upon the expiration of the dispositive motion filing deadline, or upon the resolution of any dispositive motion, the parties will be directed to inform the Court whether a settlement conference would be beneficial.  Until such time, Plaintiff's request is premature.

　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a settlement conference is denied as premature.  The parties, however, may engage in settlement discussions without the need for a Court-held settlement conference.

IT IS SO ORDERED.

　　Dated:　**September 21, 2015**　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1