# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. HARRIS, et al.,<br><br>　　　　Defendants. | Case No.  1:12-cv-01472-BAM-PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS<br><br>(ECF NO. 86)]<br><br>DISPOSITIVE MOTION DEADLINE: NOVEMBER 13, 2015 |

Plaintiff Brown is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 30, 2015, Defendants filed a request to extend time to file a dispositive motion.  The motion is based on the declaration of counsel.

Good cause having been presented to the Court, The deadline for filing dispositive motions is extended to November 13, 2015.

IT IS SO ORDERED.

Dated:  **November 2, 2015**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28