# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. HARRIS, et al.,<br><br>　　　　　Defendants. | Case No.  1:12-cv-01472-BAM-PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND TIME TO FILE DISPOSITIVE MOTION<br><br>(ECF NO. 89)<br><br>DISPOSITIVE MOTIONS DUE:<br><br>November 20, 2015 |

Plaintiff Brown is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 13, 2015, Defendants filed a request to extend time to file dispositive motions to November 20, 2015.   The Court finds the motion to be supported by declaration of counsel.

Good cause having been presented to the Court, the dispositive motion filing deadline is extended to November 20, 2015.

IT IS SO ORDERED.

　　Dated:   **November 16, 2015**　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1