# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>R. HARRIS,<br><br>        Defendant. | Case No.: 1:12-cv-01472-BAM (PC)<br><br>ORDER GRANTING STIPULATED REQUEST TO SUPPLEMENT JOINT STATUS REPORT IN SEVEN DAYS<br><br>**Joint Status Report Due:** April 4, 2017 |

Plaintiff Cornell Brown is a state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The parties have consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). (ECF Nos. 5, 83.) This action proceeds against Defendant Harris on Plaintiff's claim of excessive force arising out of events on April 12, 2012.

On March 22, 2017, the Court vacated the May 30, 2017 trial date in this case. (ECF No. 117.) The Court ordered the parties to submit a joint status report by March 28, 2017, selecting new dates for trial and a trial confirmation hearing. (Id. at 5-6.) In addition, the Court ordered the parties to designate deadlines for submission of a joint pretrial statement and expert reports, as well as the completion of expert depositions. (Id. at 6.) The Court also encouraged the parties to consider participating in a settlement conference before a magistrate judge. (Id.)

The parties were able to come to an agreement regarding a settlement conference, which has been set for July 7, 2017, before Magistrate Judge Carolyn K. Delaney. (ECF No. 119.)

However, the parties were unable to select a date for trial from those currently provided by the Court during which all parties and witnesses are available. Additional available dates have been obtained from the courtroom deputy. The parties seek an extension of seven days, until April 4, 2017, to further determine their availability for trial at the new proposed dates, and to submit a supplemental joint status report.

The Court reminds the parties that it is allowing them to submit stipulated proposed dates and deadlines as a courtesy, and that setting a scheduling order for this case to proceed to trial and will not be unreasonably delayed. Nevertheless, good cause being shown for the brief extension being requested, the Court shall grant that request.

Accordingly, it is HEREBY ORDERED that:

1. The parties' stipulated request to supplement their joint status report, filed March 28, 2017 (ECF No. 118) is GRANTED;

2. The parties shall file their supplemental joint status report selecting new dates for trial and a trial confirmation hearing, as well as deadlines for submission of a joint pretrial statement and expert reports, and for completion of expert depositions, on or before April 4, 2017; and

3. **No further extensions of time shall be granted, absent a showing of good cause.**

IT IS SO ORDERED.

Dated:   **March 29, 2017**            /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE