UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>R. HARRIS,<br><br>    Defendant. | Case No.: 1:12-cv-01472-BAM (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND VACATE TRIAL DATE PURSUANT TO PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL<br><br>(ECF No. 126) |

Plaintiff Cornell Brown is a state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The parties have consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). (ECF Nos. 5, 83.) This action proceeds against Defendant Harris on Plaintiff's claim of excessive force arising out of events on April 12, 2012.

On July 7, 2017, the parties filed a stipulation to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own litigation costs and attorney's fees, and that there is no prevailing party in this action. (ECF No. 126.)

Rule 41(a)(1)(A)(ii) provides in pertinent party that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." A voluntary stipulation to dismiss an action pursuant to Rule 41(a)(1)(A)(ii) automatically terminates the action without operation of a court order. Black Rock City, LLC v. Pershing Cty. Bd. of Comm'rs, 637 F. App'x 488 (9th Cir. 2016) (citing Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999)).

1

1  Here, counsel for Plaintiff and counsel for the defendant have each signed and dated the above-discussed stipulation to dismiss this action, and filed it with the Court.

Accordingly, this action has been DISMISSED with prejudice pursuant to the parties' stipulation. The Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect the dismissal pursuant to Rule 41(a)(1)(A)(ii). It is FURTHER ORDERED that the trial date of January 9, 2018, all pending deadlines and hearings, and all other matters in this action are VACATED.

IT IS SO ORDERED.

Dated: **July 11, 2017**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE